# United States District Court
## Northern District of California



FILED

JUL 2 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
KAGA JUMAMOSI AKALU

\*\*\*AMENDED\*\*\*
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-07-00172-001 WDB
BOP Case Number: DCAN407CR000172-001
USM Number: 41872-048
Defendant's Attorney: John Paul Reichmuth, Assistant Federal Public Defender

**THE DEFENDANT:**

[X] admitted guilt to violation of the conditions of his probation as described in Charges One, Two and Three on the Petition for Summons for Offender Under Supervision filed on June 2, 2009.

[ ] was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Occurred |
| --- | --- | --- |
| One | Violation of standard condition that he not commit another federal, state or local crime | 4/15/2009 |
| Two | Violation of special condition No. 2 that he pay restitution in the amount of $1,073.00 | He has made only three payments toward his restitution obligation while on supervision. |
| Three | Violation of standard condition that he submit a truthful and complete written report within the first five days of each month | 4/3/2009 & 3/16/2009 |

In open court on July 8, 2009, the defendant admitted that he violated the conditions as described in Charges One, Two and Three on the Petition for Summons for Offender Under Supervision filed on June 2, 2009. Based on his own admission, the Court found that the defendant violated the conditions of his probation pursuant to Title 18, United States Code Section 3565.

| Underlying Matter Title & Section | Nature of Offense | Date Offense Concluded |
| --- | --- | --- |
| Title 18, U.S.C. Sec. 510(a)(2) | Knowingly Passing U.S. Treasury Check with Forged Endorsement | In or about August 2003 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _ and is discharged as to such violation(s) condition.

DEFENDANT:     KAGA JUMAMOSI AKALU                                      Judgment - Page 2 of 2
CASE NUMBER:   CR-07-00172-01 WDB

It appearing that the defendant, who was convicted on January 8, 2008 (Judgment filed on January 16, 2008 and Amended Judgment filed in February 15, 2008) in the above styled cause and was placed on Probation for a period of Three (3) years [Terms of supervision was modified on November 10, 2008, and the Court took judicial notice that the offender violated the conditions of his supervision on November 25, 2009], has violated the terms of probation. IT IS HEREBY ORDERED AND ADJUDGED that the defendant's probation be **MODIFIED.** The defendant must comply with all the terms and conditions of his probation that the Court had previously imposed with the following added conditions:

1. The defendant must reside at the Halfway House for **Two (2) months** as directed by the United States Probation Officer. The defendant must comply with all the rules and regulations of the Halfway House and may only leave their facility as preauthorized by the United States Probation Officer. If the defendant completes his Two (2) months stay at the Halfway House, no period of supervision is to follow.

2. The defendant must pay the remaining balance of his restitution in the amount of Four Hundred Seventy Three Dollars ($473.00) to Social Security Administration which shall be due by no later than September 25, 2009. The restitution payments shall be forwarded to the Social Security Administration, Debt Management Section, Atten: Court Refund, P.O. Box 2861, Philadelphia, PA 19122 through the Clerk of the United States District Court, Atten: Financial Unit, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

If the defendant fails to pay the remaining balance of his restitution in full by September 25, 2009, the defendant must appear before this Court on September 25, 2009 at 10:00 a.m. for a Status Hearing.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the restitution imposed by this judgment has been fully paid.

Defendant's USM No.: 41872-048

July 8, 2009
Date of Imposition of Judgment

Signature of Judicial Officer

**WAYNE D. BRAZIL,** United States Magistrate Judge
Name & Title of Judicial Officer

7/23/09
Date